UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,,

              Plaintiffs,

        -v.-

RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,

              Defendants.

19 Civ. 8401 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendants Carranza's and New York City Department of Education's letter requesting leave to file a motion to dismiss (Dkt. #31), Defendant New York State Education Department's letter requesting leave to file a motion to dismiss (Dkt. #36), and Plaintiffs' opposition letters to both of those letters (Dkt. #34, 40). Defendants' application to file motions to dismiss are GRANTED. Defendants shall file their motions to dismiss on or before January 10, 2020. Plaintiffs shall file their opposition papers on or before February 10, 2020. And Defendants shall file their reply papers, if any, on or before February 24, 2020.

SO ORDERED.

Dated: December 10, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge