UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,,

                Plaintiffs,

                -v.-

RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,

                Defendants.

19 Civ. 8401 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

On May 18, 2020, the United States Court of Appeals for the Second Circuit issued its decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020). The parties are hereby ORDERED to file supplemental letter briefs on or before June 3, 2020, in which the parties are instructed to address how the decision in *Ventura de Paulino* impacts Plaintiff's pending motion for a preliminary injunction and Defendants' pending motion to dismiss.

SO ORDERED.

Dated:    May 19, 2020
              New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge