UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,<br><br>                    Defendants. | 19 Civ. 8401 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On May 18, 2020, the United States Court of Appeals for the Second Circuit issued its decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020). On May 19, 2020, the Court issued an Order requiring the parties to file letter briefs addressing how that decision impacted the viability of Plaintiffs' Complaint. (Dkt. #60). On May 28, 2020, Plaintiffs filed a letter in which they did not explain how their Complaint would remain viable following the *de Paulino* decision, but instead argued that the decision was not yet binding in light of petitions for a panel rehearing and a petition for a rehearing *en banc* filed by the petitioners in *de Paulino* and tandem cases associated with it. (Dkt. #62).

On June 9, 2020, the Court stayed this proceeding in light of the petitions for rehearing. (Dkt. #65). On June 22, 2020, the Second Circuit

denied the petitions for a panel rehearing and a petition for a rehearing *en banc*. Accordingly, Plaintiffs are hereby ORDERED to file a supplemental letter brief on or before July 3, 2020, in which Plaintiffs are instructed to address how the decision in *Ventura de Paulino* impacts the viability of Plaintiffs' Complaint.

SO ORDERED.

Dated:  June 25, 2020
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge