UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,

                        Plaintiffs,

                        -v.-

RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,

                        Defendants.

19 Civ. 8401 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiffs' letter dated July 2, 2020, arguing that the Second Circuit's decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020) does not mandate dismissal of this action. (Dkt. #67). Defendants are hereby ORDERED to respond to Plaintiffs' July 2, 2020 letter on or before July 15, 2020, in a letter brief not to exceed ten pages in length.

SO ORDERED.

Dated:    July 6, 2020
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge